
RECEIVED
IN LAKE CHARLES, LA

AUG 1 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHOSNEL RAYMOND** | : | **DOCKET NO. 2:06-cv-0215**<br>Section P |
| **VS.** | : | **JUDGE MINALDI** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## **J U D G M E N T**

Upon agreement of counsel,

IT IS ORDERED that petitioner be released to an Order of Supervision if he is not removed from the United States on or before October 10, 2006.

IT IS FURTHER ORDERED that this case be CLOSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 11 day of August, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE